391 A.2d 688

Commonwealth v. Laguines, Appellant.

Submitted March 29, 1978. John J. Poserina, Jr., for appellant; Nancy D. Wasser, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

391 A.2d 688

Commonwealth v. Lane, Appellant.

Submitted June 13, 1977. Lynne D. Miller, Assistant Defender, for appellant; Stephen S. Seeling, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.